IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN CHARLES BROGDON, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 5:05CV30 (DF) |
| : | |
| Officer TERRELL FLOYD; Judge : | |
| LAMAR SIZEMORE; Georgia : | |
| State Senator ERIC JOHNSON; : | |
| Georgia Department of : | |
| Corrections, Commissioner, : | |
| JAMES DONALD; and Governor : | |
| SONNY PERDUE, : | |
| : | |
| Defendants. : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on May 17, 2005 (tab 17). The Court has reviewed and carefully considered Plaintiff Brogdon's objections to the Magistrate Judge's Recommendation (tab 19), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Brogdon's claims against Defendants Sizemore, Johnson,

Donald, and Perdue are hereby **DISMISSED.**

SO ORDERED, this 20th day of June, 2005.

                                                **/s/ Duross Fitzpatrick**
                                                DUROSS FITZPATRICK, JUDGE
                                                UNITED STATES DISTRICT COURT

DF/sew