IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JOHN CHARLES BROGDON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:05-CV-30 (DF) |
| | : | |
| **TERRELL FLOYD,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks Jr. entered in this case on May 11, 2006 (doc. 56). The Court has reviewed and carefully considered Plaintiff Brogdon's objections to the Magistrate Judge's Recommendation (doc. 60), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Plaintiff's complaint (doc. 1) is hereby **DISMISSED** *without prejudice* for failure to exhaust all available administrative remedies before filing suit, as is required by 42 U.S.C. §1997e(a). In light of this Court's

determination, Defendant's Motion for Summary Judgment (doc. 27) is hereby **DENIED**. Adoption and incorporation of this Recommendation (doc. 56) renders the earlier Recommendation entered in this case on January 20, 2006 (doc. 44) **MOOT**.

SO ORDERED, this 17th day of August, 2006.

    **/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/cbb